### WOLFERS v. DUFFIELD et al., Respondents.

(Supreme Court, General Term, First Department. October 13, 1893.)

Action by Gustavus Wolfers against John J. Duffield, impleaded with others. From an order directing referee to sell mortgaged premises, consisting of three houses and lots, as one parcel, Mary T. Hayes appeals.

W. F. Clare, for appellant.

P. H. Vernon, for respondents.

No opinion. Order affirmed, with $10 costs and disbursements. See 25 N. Y. Supp. 374.

---

### BECHLER, Respondent, v. COMMERCIAL ADVERTISER, Appellant.

(Supreme Court, General Term, First Department. November 17, 1893.)

Action by Rosine Bechler against the Commercial Advertiser.

Arthur H. Van Brunt, for appellant.

John M. Lathrop, for respondent.

No opinion. Order affirmed, with costs.

---

### DONOVAN, Respondent, v. CLARK, Appellant.

(Supreme Court, General Term, First Department. November 17, 1893.)

Action by Daniel E. Donovan against Margaret Clark. From order denying motion to vacate attachment, defendant appeals.

Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.

Kellogg, Rose & Smith, (L. L. Kellogg, of counsel,) for appellant.

Kernan Bros. & Quin, (W. P. Quin, of counsel,) for respondent.

PER CURIAM. This action was brought to recover against the defendant as a surety upon an undertaking, and an attachment was granted therein upon the ground that the defendant, a resident of the state, had kept herself concealed therein, with intent to evade the service of the summons. In the disposition of this appeal, it is not necessary to recite the facts established by the evidence. Suffice it to say that they necessarily lead to the conclusion that the defendant was keeping herself concealed, with intent to evade the service of the summons in this action, and it is seldom that such conclusion is so satisfactorily established in cases of this character. The order appealed from should be affirmed, with $10 costs and disbursements.

---

### HOWELL, Appellant, v. TOMPKINS, Respondent.

(Supreme Court, General Term, First Department. November 17, 1893.)

Action by Benjamin H. Howell against William W. Tompkins.

G. E. Blackwell, for appellant.

J. M. Bowers, for respondent.

No opinion. Order affirmed, with $10 costs and disbursements.

---

### JENKINS, Respondent, v. ROGERS, Appellant.

(Supreme Court, General Term, First Department. November 17, 1893.)

Action by Charles H. Jenkins against Henry Rogers.

John H. V. Arnold, for appellant.

Thomas B. Odell, for respondent.

No opinion. Judgment affirmed, with costs. All concur.